```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **GLEN TAYLOR, # 127254,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \* CIVIL ACTION NO. 20-00478-JB-B |
| | \* |
| **ANTHONY SMILEY,** | \* |
| | \* |
| Defendant. | \* |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated September 30, 2020 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

DONE this 26th day of October, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE